# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD E. VERBICK, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE MOVEMENT TECHNOLOGY COMPANY, INC., a Washington corporation; PREDICTUV TECHNOLOGIES, INC., a Delaware corporation; PREDICTUV LLC, a Delaware limited liability company; KELVIN HILL, an individual; ZSOLT CSENDE, an individual; VIVIEN SZAKACS, an individual; CHRISTOPHER KEIL, an individual; NIALL LAWLOR, an individual; GERRY LAWLOR, an individual; ROB GRINNELL, an individual; and DOES 1 to 100,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 20-CV-611 TWR (DEB)<br><br>**ORDER RESETTING HEARING AND BRIEFING SCHEDULE**<br><br>(ECF No. 35) |

　　　In light of the transfer of this action to the undersigned, the Court **RESETS** the hearing on Craig P. Alexander's Motion to Withdraw as Counsel for Specifically Appearing Defendants ("Motion," ECF No. 35) for December 16, 2020 at 1:30 p.m. in

1  Courtroom 3A.  The Parties **SHALL BRIEF** the Motion in accordance with the
2  undersigned's Civil Standing Order.
3    **IT IS SO ORDERED.**

Dated:  October 16, 2020

_____
Honorable Todd W. Robinson
United States District Court